# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO. 5:19-CR-00022-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREG E. LINDBERG, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Admission Pro Hac Vice and Affidavit [for Rajesh R. Srinivasan]" (document # 80) filed November 4, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: November 5, 2019

David S. Cayer
United States Magistrate Judge