IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL NO. 5:19-CR-00022-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GREG E. LINDBERG, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's *"*Motion[s] for Admission *Pro Hac Vice* and Affidavit[s][for Rachel M. Riley and Paul J. Johnson]" (documents # 114-115) filed January 7, 2020. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: January 7, 2020

David S. Cayer
United States Magistrate Judge