# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Statesville Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREG E. LINDBERG, *et al.,*<br><br>*Defendants.* | No. 5:19-cr-22-MOC |

**UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE**

Defendant Greg E. Lindberg respectfully requests that the Court temporarily modify the conditions of his pretrial release. Specifically, Mr. Lindberg requests that he be allowed to travel overnight from his current residence to Dallas, Texas on January 27, 2020, so that he may attend in-person meetings with his counsel, who are based in Dallas, Texas. In support of this Motion, Mr. Lindberg states the following:

1. Mr. Lindberg was indicted pursuant to sealed indictment on March 18, 2019, and Mr. Lindberg surrendered to law enforcement on April 2, 2019, when the indictment was unsealed.

2. Mr. Lindberg made his initial appearance the same day, entering a plea of not guilty, and was released subject to a secured bond, travel restrictions limiting his travel to the Western District of North Carolina, the Southern District of New York, or "as approved by the Office of Probation and Pretrial Services." *See* Dkt. Ent. 16.

3. On the evening of Friday, January 24, 2020, the undersigned counsel became aware that Mr. Lindberg's probation officer would not permit Mr. Lindberg to travel overnight anywhere, including to Dallas, Texas, to meet with his counsel, without prior approval from this Court.

4. Accordingly, Mr. Lindberg now seeks a temporary modification to the conditions of his release to allow for him to travel overnight so that he can confer with counsel to prepare for his upcoming trial, which is scheduled to begin in twenty-two (22) days on February 18, 2020.

5. In particular, Mr. Lindberg is seeking this Court's permission to stay overnight in Dallas, Texas at the Rosewood Mansion on Turtle Creek hotel so that he may fly into Dallas the evening of January 27, 2020 and then return to his residence on January 29, 2020, maximizing the time he has in-person with his counsel.

6. The undersigned counsel has informed Mr. Lindberg's probation officer of this request, and the United States Probation Office is not opposed to this request (pending the Court's approval).

7. The undersigned counsel has also conferred with the Government, and the Government does not oppose this temporary modification.

**WHEREFORE**, Defendant Greg E. Lindberg, respectfully moves this Court for an Order allowing Mr. Lindberg to travel overnight from his residence to Dallas, Texas from January 27, 2020 to January 29, 2020.

Respectfully submitted this 27th day of January, 2020.

                                                    <u>s/ Brandon N. McCarthy</u>
                                                    Brandon N. McCarthy (admitted *pro hac vice*)
                                                    Texas Bar No. 24027486
                                                    KATTEN MUCHIN ROSENMAN LLP
                                                    1717 Main Street, Suite 3750
                                                    Dallas, TX 75201
                                                    214-765-3600
                                                    brandon.mccarthy@katten.com

                                                    Jeffrey C. Grady
                                                    N.C. State Bar No. 32695
                                                    KATTEN MUCHIN ROSENMAN LLP
                                                    550 S. Tryon Street
                                                    Suite 2900
                                                    Charlotte, NC 28202-4213
                                                    704-444-2036
                                                    jeff.grady@katten.com

                                                    *Counsel for Defendant Greg Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

Dated: January 27, 2020          Respectfully submitted,

/s/ Brandon McCarthy
Brandon McCarthy (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1717 Main Street, Suite 3750
Dallas, TX 75201
214-765-3600
brandon.mccarthy@katten.com

*Counsel for Defendant Greg Lindberg*