IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>GREG E. LINDBERG, *et al.*,<br>    *Defendants.* | No. 5:19-cr-22-MOC-DSC |

### DEFENDANT GREG LINDBERG'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OR REFERENCE TO MR. LINDBERG'S WEALTH OR FINANICIAL CIRCUMSTANCES

For the reasons stated in the accompanying memorandum, Defendant Greg E. Lindberg respectfully moves this Court for an order prohibiting the government from introducing evidence or argument referencing or reflecting, directly or indirectly, Mr. Lindberg's wealth or financial circumstances, pursuant to Federal Rules of Evidence 401-403.

Undersigned counsel for Mr. Lindberg contacted counsel for the government to ascertain whether the government consented to or opposed the instant Motion. As of the time of filing, counsel for the government represented that it may, after review, oppose this Motion.

| | |
|---|---|
| Dated: February 10, 2020 | Respectfully Submitted,<br><br>/s/ Rajesh R. Srinivasan<br>Rajesh R. Srinivasan (admitted *pro hac vice*)<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street, NW – Suite 200<br>Washington, DC 20007<br>202-625-3500<br>rajesh.srinivasan@katten.com<br><br>*Additional counsel on next page* |

.

Brandon N. McCarthy (admitted *pro hac vice*)
Rachel M. Riley (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1717 Main Street, Suite 3750
Dallas, TX 75201
214-765-3600
brandon.mccarthy@katten.com
rachel.riley@katten.com


Jeffrey C. Grady (N.C. Bar. No. 32695)
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
704-444-2036
jeff.grady@kattenlaw.com

Paul J. Johnson (admitted *pro hac vice*)
900 Jackson Street, Suite 650
Dallas, TX 75202
214-761-0707
pjjdoc@aol.com

*Counsel for Defendant Greg E. Lindberg*

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

Dated: February 10, 2020

Respectfully submitted,

/s/ Rajesh R. Srinivasan
Rajesh R. Srinivasan (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, NW – Suite 200
Washington, DC 20007
202-625-3500
rajesh.srinivasan@katten.com

*Counsel for Defendant Greg E. Lindberg*