# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Statesville Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREG E. LINDBERG, *et al.*,<br>       *Defendants.* | No. 5:19-cr-22-MOC-DSC |

**LETTER REGARDING PRESERVATION OF *BRADY* AND *JENCKS* OBJECTIONS**

On or around February 6, 2020, the government notified the defendants that it is in possession of approximately 330,000 documents that were produced to the government over the last six to eight months and that could have bearing on this case. The government began producing those documents to the defense late last week. The government does not believe that there is *Brady* or *Jencks* material included within these documents but has not reviewed such documents. As a result, it is prepared to go to trial without having reviewed the documents themselves.

Of course, the government could be wrong, and for that reason, the defendants are submitting this letter to preserve their objection should a subsequent review of the documents reveal *Brady* or *Jencks* material.

Dated: February 19, 2020

Respectfully Submitted,

/s/ Rajesh R. Srinivasan
Rajesh R. Srinivasan (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, NW – Suite 200
Washington, DC 20007
202-625-3500
rajesh.srinivasan@katten.com

*Additional counsel on following page*

1

Brandon N. McCarthy (admitted *pro hac vice*)
Rachel M. Riley (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1717 Main Street, Suite 3750
Dallas, TX 75201
214-765-3600
brandon.mccarthy@katten.com
rachel.riley@katten.com

Jeffrey C. Grady (N.C. Bar. No. 32695)
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
704-444-2036
jeff.grady@kattenlaw.com

Paul J. Johnson (admitted *pro hac vice*)
900 Jackson Street, Suite 650
Dallas, TX 75202
214-761-0707
pjjdoc@aol.com

*Counsel for Defendant Greg E. Lindberg*

/s/ Jack M. Knight
Jack M. Knight
N.C. Bar No. 21145
Winston & Strawn LLP
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
(704) 350-7700
jknight@winston.com

John H. Cobb
N.C. Bar No. 17052
jcobb@winston.com

Patrick A. Doerr
N.C. Bar No. 50673
pdoerr@winston.com

*Counsel for Defendant John D. Gray*

*Additional counsel on following page*

/s/ Brian S. Cromwell
Brian S. Cromwell
N.C. Bar No. 23488
Parker Poe Adams & Bernstein LLP
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 372-9000
briancromwell@parkerpoe.com

Sarah Fulton Hutchins
N.C. Bar No. 38172
sarahhutchins@parkerpoe.com

*Counsel for Defendant John V. Palermo, Jr.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

Dated: February 19, 2020

Respectfully submitted,

/s/ Rajesh R. Srinivasan
Rajesh R. Srinivasan (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, NW – Suite 200
Washington, DC 20007
202-625-3500
rajesh.srinivasan@katten.com