# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Statesville Division

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | No. 5:19-cr-22-MOC |
| GREG E. LINDBERG, *et al.*, | |
| *Defendants.* | |

## GREG E. LINDBERG'S THIRD AMENDED EXHIBIT LIST

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 1 | 2/10/2016 | Email from J. Obusek to FAWG + Attachments | USA-00225379–413 | | |
| 2 | 12/31/2016 | Statement of Financial Conditions | USA-00214263–294 | | |
| 3 | 3/6/2017 | Email from H. Kaplan to L. Frazier | USA-01042888 | | |
| 4 | 4/7/2017 | Email from H. Kaplan to L. Frazier | USA-01042886–887 | | |
| 5 | 4/28/2017 | Letter from G. Lindberg to M. Causey | USA-00170028–30 | | |

1

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 6 | 5/29/2017 | Email from L. Frazier to M. Causey | USA-01042886 | | |
| 7 | 6/8/2017 | Meeting invitation | USA-00935146 | | |
| 8 | 6/21/2017 | Email from L. Belo to K. Xu + Attachments | USA-00082197, USA-00044931–943 | | |
| 9 | 6/23/2017 | June 23, 2017 Email from L. Belo to J. Obusek | NCDOI Production | | |
| 10 | 6/28/2017 | June 28, 2017 Meeting invitation | USA-01029587 | | |
| 11 | 7/14/2017 | Email from L. Belo to G. Lindberg, R. Martinez, and L. Hensley | USA-00978261-262 | | |
| 12 | 8/1/2017 | Email from R. Martinez to G. Lindberg + Attachment | N/A | | |
| 13 | 8/14/2017 | Letter from J. Obusek to L. Belo | USA-00169567 | | |
| 14 | 8/14/2017 | Email from J. Obusek to G. Lindberg | USA-00169564-566 | | |
| 15 | 10/16/2017 | Email from L. Belo to B. Stewart | N/A | | |
| 16 | 11/17/2017 | Email From J. Obusek to L. Hensley | USA-00022845–850 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 17 | 11/17/2017 | Email from R. Martinez to G. Lindberg | USA-00041423–424 | | |
| 18 | 11/18/2017 | Email from G. Lindberg to L. Hensley | USA-00022846-47 | | |
| 19 | 11/21/2017 | Check | USA-01104000 | | |
| 20 | 11/21/2017 | Email from Gregory Lindberg to Ray Martinez + Attachments | N/A | | |
| 21 | 12/1/2017 | Email from G. Lindberg to J. Obusek, M. Causey, Osborne, R. Martinez, L. Hensley, and L. Belo | USA-00934600 | | |
| 22 | 12/1/2017 | Email from G. Lindberg to various NCDOI employees | USA-00039114–115 | | |
| 23 | 12/1/2017 | Email from Ray Martinez to G. Lindberg | N/A | | |
| 24 | January 2018 through October 2018 | Call Log of phone calls between M. Causey and Agent Scherger | USA-00213598 | | |
| 25 | January 2019 through February 2019 | Call Log of phone calls between M. Causey and Agent Scherger | USA-00817983 | | |

3

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 26 | January 2018 through October 2018 | Text Messages Chart between M. Causey and Agent Scherger | USA-00213597 | | |
| 27 | December 2018 through February 2019 | Text Messages Chart between M. Causey and Agent Scherger | USA-00817983 | | |
| 28 | 5/16/2018 | Check | USA-01104089 | | |
| 29 | 6/8/2018 | Check | USA-01104094 | | |
| 30 | 6/8/2018 | Check | USA-01104095 | | |
| 31 | 6/29/2018 | Email from G. Lindberg to R. Perkins | N/A | | |
| 32 | 6/29/2018 | Email from G. Lindberg to R. Perkins and T. Edwards | USA-00000892–893 | | |
| 33 | 6/29/2018 | Email from G. Lindberg to R. Perkins and T. Edwards | USA-00000892 | | |
| 34 | 6/29/2018 | Email from R. Perkins to G. Lindberg | USA-00084529–530 | | |
| 35 | 7/2/2018 | Email from J. Hoomani to L. Hensley | USA-00041085–1088 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 36 | 7/10/2018 | Letter from G. Lindberg to New York Department of Financial Services | USA-00057525–533 | | |
| 37 | 8/10/2018 | August 10, 2018 Email from M. Osborne to L. Hensley | USA-00998024 | | |
| 38 | 8/27/2018 | August 27, 2018 FEC Campaign Finance Law Article | N/A | | |
| 39 | 11/7/2018 | Email from Agent Scherger to Agent Granozio | USA-02239719–735 | | |
| 40 | 11/7/2018 | Email from Agent Scherger to Agent Granozio | USA-02239368–390 | | |
| 41 | 4/7/2019 | Woodard, John and Elizabeth City, "Omitted Details Color Reporting on Donor Scandal", The Daily Advance | N/A | | |
| 42 | 4/28/2019 | Form 990, Return of Organization Exempt from Income Tax filed by John Palermo | N/A | | |
| 43 | 5/25/2019 | May 25, 2019 Form 990, Return of Organization Exempt from Income Tax filed by John Palermo | N/A | | |
| 44 | 8/14/2019 | Sworn Statement of Alwanda Beane | USA-02237013–7015 | | |
| 45 | 2/5/2020 | Letter from Daily Advance | N/A | | |

5

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 46 | 2/17/2017 | Email from L. Frazier to B. Stewart | N/A | | |
| 47 | 1/27/2018 2:48 pm | January 27, 2018 Audio Recording and Transcript | USA-00000136 | | |
| 48 | 1/29/2018 2:38 pm | January 29, 2018 Audio Recording and Transcript | USA-00000138 | | |
| 49 | 1/30/2018 7:47 pm | January 30, 2018 Audio Recording and Transcript | USA-00000140 | | |
| 50 | 2/2/2018 3:10 pm | February 2, 2018 Audio Recording and Transcript | USA-00000142 | | |
| 51 | 2/2/2018 3:40 pm | February 2, 2018 Audio Recording and Transcript | USA-00000146 | | |
| 52 | 2/5/2018 8:13 pm | February 5, 2018 Audio Recording and Transcript | USA-00000148 | | |
| 53 | 2/9/2018 8:48 pm | February 9, 2018 Audio Recording and Transcript | USA-00000153 | | |
| 54 | 2/14/2018 | February 14, 2018 Video Recording and Transcript | | | |
| 55 | 2/15/2018 8:25 am | February 15, 2018 Audio Recording and Transcript | USA-00000157 | | |
| 56 | 2/24/2018 5:46 pm | February 24, 2018 Audio Recording and Transcript | USA-00000159 | | |
| 57 | 2/26/2018 8:46 pm | February 26, 2018 Audio Recording and Transcript | USA-00000165 | | |
| 58 | 2/26/2018 | February 26, 2018 Video Recording and Transcript | | | |
| 59 | 2/28/2018 4:33 pm | February 28, 2018 Audio Recording and Transcript | USA-00000170 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 60 | 3/5/2018 | March 5, 2018 Video Recording and Transcript | | | |
| 61 | 3/5/2018 5:15 pm | March 5, Audio Recording and Transcript | USA-00000180 | | |
| 62 | 3/11/2018 3:48 pm | March 11, 2018 Audio Recording and Transcript | USA-00000213 | | |
| 63 | 3/15/2018 | March 15, 2018 Video Recording and Transcript | | | |
| 64 | 3/21/2018 2:56 pm | March 21, 2018 Audio Recording and Transcript | USA-00000002 | | |
| 65 | 3/27/2018 | March 27, 2018 Video Recording and Transcript | | | |
| 66 | 3/28/2018 9:06 pm | March 28, 2018 Audio Recording and Transcript | USA-00000014 | | |
| 67 | 3/29/2018 8:57 pm | March 29, 2019 Audio Recording and Transcript | USA-00000016 | | |
| 68 | 4/3/2018 8:33 pm | April 3, Audio Recording and Transcript | USA-00000020 | | |
| 69 | 4/5/2018 7:21 pm | April 5, 2018 Audio Recording and Transcript | USA-00000027 | | |
| 70 | 4/7/2018 11:43 am | April 7, 2018 Audio Recording and Transcript | USA-00000031 | | |
| 71 | 4/10/2018 5:39 pm | April 10, 2018 Audio Recording and Transcript | USA-00000036 | | |
| 72 | 4/14/2018 4:42 pm | April 14, 2018 Audio Recording and Transcript | USA-00000040 | | |
| 73 | 4/18/2018 8:21 am | April 18, 2018 Audio Recording and Transcript | USA-00000046 | | |
| 74 | 4/19/2018 4:51 pm | April 19, 2018 Audio Recording and Transcript | USA-00000050 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 75 | 4/19/2018 | April 19, 2018 Video Recording and Transcript | | | |
| 76 | 4/25/2018 8:50 pm | April 25, 2018 Audio Recording and Transcript | USA-00000059 | | |
| 77 | 4/26/2018 7:45 pm | April 26, 2018 Audio Recording and Transcript | USA-00000061 | | |
| 78 | 4/30/2018 1:43 pm | April 30, 2018 Audio Recording and Transcript | USA-00000065 | | |
| 79 | 5/1/2018 5:04 pm | May 1, 2018 Audio Recording and Transcript | USA-00000067 | | |
| 80 | 5/1/2018 6:31 pm | May 1, 2018 Audio Recording and Transcript | USA-00000072 | | |
| 81 | 5/2/2018 4:14 pm | May 2, 2018 Audio Recording and Transcript | USA-00000074 | | |
| 82 | 5/2/2018 8:23pm | May 2, 2018 Audio Recording and Transcript | USA-00000078 | | |
| 83 | 5/2/2018 | May 2, 2018 Video Recording and Transcript | | | |
| 84 | 5/16/2018 5:17 pm | May 16, 2018 Audio Recording and Transcript | USA-00000088 | | |
| 85 | 5/16/2018 | May 16, 2018 Video Recording and Transcript | | | |
| 86 | 5/21/2018 6:09 pm | May 21, 2018 Audio Recording and Transcript | USA-00000092 | | |
| 87 | 5/21/2018 7:14 pm | May 21, 2018 Audio Recording and Transcript | USA-00000095 | | |
| 88 | 5/29/2018 | May 29, 2018 Video Recording and Transcript | | | |
| 89 | 6/19/2018 11:16 am | June 19, 2018 Audio Recording and Transcript | USA-00000111 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 90 | 7/9/2018 7:55 pm | July 9, 2018 Audio Recording and Transcript | USA-00000113 | | |
| 91 | 7/25/2018 | July 25, 2018 Video Recording and Transcript | | | |
| 92 | 8/2/2018 11:09 am | August 2, 2018 Audio Recording and Transcript | USA-00000117 | | |
| 93 | | Lou Hensley's text message exchanges with Brian Stewart | USA-00091905-92071 | | |
| 94 | | Lou Hensley's text message exchanges with Rod Perkins | USA-00091330-91356 | | |
| 95 | | Lou Hensley's text message exchanges with Greg Lindberg | USA-00091857-91904 | | |
| 96 | 11/19/2017 | Email from L. Hensley to T. Edwards | N/A | | |
| 97 | 12/18/2017 | Email from G. Lindberg to R. Martinez | USA-01038523-526 | | |
| 98 | 1/9/2018 | Email from B. Stewart to S. Wicker | N/A | | |
| 99 | 2/5/2018 | Email from S. Wicker to B. Stewart | N/A | | |
| 100 | 2015-2016 | Department of Insurance Briefing Materials | USA-00297410-297525 | | |
| 101 | 8/8/2018 | Email from G. Lindberg to B. Stewart | USA-00197016 | | |
| 102 | 5/31/2017 | Email from L. Belo to H. Kaplan | USA-01044582-586 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 103 | 1/4/2018 | Email from M. Causey to M. Scherger | USA-00214327-28 | | |
| 104 | 2/17/2018 | Email from M. Causey to M. Scherger | USA-00214299-300 | | |
| 105 | 3/27/2018 | Email from M. Causey to M. Scherger | USA-00214486 | | |
| 106 | 4/4/2018 | Email from M. Causey to M. Scherger | USA-00214712-13 | | |
| 107 | 4/7/2018 | Email from M. Causey to M. Scherger | USA-00214826-27 | | |
| 108 | 4/30/2018 | Email from M. Causey to M. Scherger | USA-00214680-89 | | |
| 109 | 5/2/2018 | Email from M. Causey to M. Scherger | USA-00214706 | | |
| 110 | 6/2/2018 | Email from M. Causey to M. Scherger | USA-00214489 | | |
| 111 | 6/3/2018 | Email from M. Causey to M. Scherger | USA-00214501 | | |
| 112 | 7/1/2018 | Email from M. Causey to M. Scherger | USA-00214441 | | |
| 113 | | North Carolina General Statute § 58-2-132 | | | |
| 114 | 9/15/2016 | Video: Mike Causey, NC Commissioner of Insurance, available at https://www.youtube.com/watch?v=MEUAKd5rLWc | | | |
| 115 | | Slide 3 | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 116 | 4/4/2019 | Wall Street Journal Article | | | |
| 117 | | Audio and Video Recording Index | | | |
| 118 | | Slide 7 | | | |
| 119 | | Slide 9 | | | |
| 120 | | Slide 14 | | | |

Respectfully submitted this 24th day of February, 2020.

        s/ Brandon N. McCarthy
        Brandon N. McCarthy (admitted *pro hac vice*)
        Texas Bar No. 24027486
        KATTEN MUCHIN ROSENMAN LLP
        1717 Main Street, Suite 3750
        Dallas, TX 75201
        214-765-3600
        brandon.mccarthy@katten.com

        Jeffrey C. Grady
        N.C. State Bar No. 32695
        KATTEN MUCHIN ROSENMAN LLP
        550 S. Tryon Street
        Suite 2900
        Charlotte, NC 28202-4213
        704-444-2036
        jeff.grady@katten.com

        *Counsel for Defendant Greg Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, the foregoing document was e-filed via CM/ECF which will send notification to counsel of record.

Dated: February 24, 2020          Respectfully submitted,

<u>/s/ Brandon McCarthy</u>
Brandon McCarthy (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1717 Main Street, Suite 3750
Dallas, TX 75201
214-765-3600
brandon.mccarthy@katten.com

*Counsel for Defendant Greg Lindberg*