**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division**

UNITED STATES OF AMERICA,

v.

GREG E. LINDBERG, *et al.,*

    *Defendants.*

**No. 5:19-cr-22-MOC**

### GREG E. LINDBERG'S FOURTH AMENDED EXHIBIT LIST

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| **1** | 2/10/2016 | Email from J. Obusek to FAWG + Attachments | USA-00225379–413 | | |
| **2** | 12/31/2016 | Statement of Financial Conditions | USA-00214263–294 | | |
| **3** | 3/6/2017 | Email from H. Kaplan to L. Frazier | USA-01042888 | | |
| **4** | 4/7/2017 | Email from H. Kaplan to L. Frazier | USA-01042886–887 | | |
| **5** | 4/28/2017 | Letter from G. Lindberg to M. Causey | USA-00170028–30 | | |
| **6** | 5/29/2017 | Email from L. Frazier to M. Causey | USA-01042886 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 7 | 6/8/2017 | Meeting invitation | USA-00935146 | | |
| 8 | 6/21/2017 | Email from L. Belo to K. Xu + Attachments | USA-00082197, USA-00044931–943 | | |
| 9 | 6/23/2017 | June 23, 2017 Email from L. Belo to J. Obusek | NCDOI Production | | |
| 10 | 6/28/2017 | June 28, 2017 Meeting invitation | USA-01029587 | | |
| 11 | 7/14/2017 | Email from L. Belo to G. Lindberg, R. Martinez, and L. Hensley | USA-00978261-262 | | |
| 12 | 8/1/2017 | Email from R. Martinez to G. Lindberg + Attachment | N/A | | |
| 13 | 8/14/2017 | Letter from J. Obusek to L. Belo | USA-00169567 | | |
| 14 | 8/14/2017 | Email from J. Obusek to G. Lindberg | USA-00169564-566 | | |
| 15 | 10/16/2017 | Email from L. Belo to B. Stewart | N/A | | |
| 16 | 11/17/2017 | Email From J. Obusek to L. Hensley | USA-00022845–850 | | |
| 17 | 11/17/2017 | Email from R. Martinez to G. Lindberg | USA-00041423–424 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 18 | 11/18/2017 | Email from G. Lindberg to L. Hensley | USA-00022846-47 | | |
| 19 | 11/21/2017 | Check | USA-01104000 | | |
| 20 | 11/21/2017 | Email from Gregory Lindberg to Ray Martinez + Attachments | N/A | | |
| 21 | 12/1/2017 | Email from G. Lindberg to J. Obusek, M. Causey, Osborne, R. Martinez, L. Hensley, and L. Belo | USA-00934600 | | |
| 22 | 12/1/2017 | Email from G. Lindberg to various NCDOI employees | USA-00039114–115 | | |
| 23 | 12/1/2017 | Email from Ray Martinez to G. Lindberg | N/A | | |
| 24 | January 2018 through October 2018 | Call Log of phone calls between M. Causey and Agent Scherger | USA-00213598; USA-00213591-594 | | |
| 25 | January 2019 through February 2019 | Call Log of phone calls between M. Causey and Agent Scherger | USA-00817983; USA-00213868-870 | | |
| 26 | January 2018 through October 2018 | Text Messages Chart between M. Causey and Agent Scherger | USA-00213597; USA-00213591-594 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|---------------|----------|
| 26a | March 24, 2018 | Text Messages between M. Causey and Agent Scherger (T017) | USA-00216019 | | |
| 26b | | | | | |
| 26c | | | | | |
| 26d | | | | | |
| 26e | | | | | |
| 26f | | | | | |
| 26g | | | | | |
| 26h | | | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|---------------|----------|
| 26i | | | | | |
| 26j | | | | | |
| 26k | | | | | |
| 26l | | | | | |
| 26m | | | | | |
| 26n | | | | | |
| 26o | | | | | |
| 26p | | | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 26q | | | | | |
| 26r | | | | | |
| 26s | | | | | |
| 26t | | | | | |
| 26u | | | | | |
| 26v | | | | | |
| 26w | | | | | |
| 26x | | | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 26y | | | | | |
| 26z | | | | | |
| 27 | December 2018 through February 2019 | Text Messages Chart between M. Causey and Agent Scherger | USA-00817983; USA-00213868-870 | | |
| 28 | 5/16/2018 | Check | USA-01104089 | | |
| 29 | 6/8/2018 | Check | USA-01104094 | | |
| 30 | 6/8/2018 | Check | USA-01104095 | | |
| 31 | 6/29/2018 | Email from G. Lindberg to R. Perkins | N/A | | |
| 32 | 6/29/2018 | Email from G. Lindberg to R. Perkins and T. Edwards | USA-00000892–893 | | |
| 33 | 6/29/2018 | Email from G. Lindberg to R. Perkins and T. Edwards | USA-00000892 | | |
| 34 | 6/29/2018 | Email from R. Perkins to G. Lindberg | USA-00084529–530 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| **35** | 7/2/2018 | Email from J. Hoomani to L. Hensley | USA-00041085–1088 | | |
| **36** | 7/10/2018 | Letter from G. Lindberg to New York Department of Financial Services | USA-00057525–533 | | |
| **37** | 8/10/2018 | August 10, 2018 Email from M. Osborne to L. Hensley | USA-00998024 | | |
| **38** | 8/27/2018 | August 27, 2018 FEC Campaign Finance Law Article | N/A | | |
| **39** | 11/7/2018 | Email from Agent Scherger to Agent Granozio | USA-02239719–735 | | |
| **40** | 11/7/2018 | Email from Agent Scherger to Agent Granozio | USA-02239368–390 | | |
| **41** | 4/7/2019 | Woodard, John and Elizabeth City, "Omitted Details Color Reporting on Donor Scandal", The Daily Advance | N/A | | |
| **42** | 4/28/2019 | Form 990, Return of Organization Exempt from Income Tax filed by John Palermo | N/A | | |
| **43** | 5/25/2019 | May 25, 2019 Form 990, Return of Organization Exempt from Income Tax filed by John Palermo | N/A | | |
| **44** | 8/14/2019 | Sworn Statement of Alwanda Beane | USA-02237013–7015 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 45 | 2/5/2020 | Letter from Daily Advance | N/A | | |
| 46 | 2/17/2017 | Email from L. Frazier to B. Stewart | | | |
| 47 | 1/27/2018 2:48 pm | January 27, 2018 Audio Recording and Transcript | USA-00000136 | | |
| 47a | 1/27/2018 | January 27, 2018 Audio Recording- Clip A (K030) | | | |
| 47b | 1/27/2018 | January 27, 2018 Audio Recording- Clip B (K031) | | | |
| 47c | 1/27/2018 | January 27, 2018 Audio Recording- Clip C (K032) | | | |
| 47d | 1/27/2018 | January 27, 2018 Audio Recording- Clip D (K033) | | | |
| 47e | 1/27/2018 | January 27, 2018 Audio Recording- Clip E (K034) | | | |
| 48 | 1/29/2018 2:38 pm | January 29, 2018 Audio Recording and Transcript | USA-00000138 | | |
| 48a | 1/29/2018 | January 29, 2018 Audio Recording- Clip A (K068) | | | |
| 48b | 1/29/2018 | January 29, 2018 Audio Recording- Clip B (K069) | | | |
| 49 | 1/30/2018 7:47 pm | January 30, 2018 Audio Recording and Transcript | USA-00000140 | | |
| 49a | 1/30/2018 | January 30, 2018 Audio Recording- Clip A (K070) | | | |
| 49b | 01/30/2018 | January 30, 2018 Audio Recording- Clip B (K071) | | | |
| 49c | 1/30/2018 | January 30, 2018 Audio Recording- Clip C (K072) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 49d | 1/30/2018 | January 30, 2018 Audio Recording- Clip D (K073) | | | |
| 49e | 1/30/2018 | January 30, 2018 Audio Recording- Clip E (K074) | | | |
| 49f | 1/30/2018 | January 30, 2018 Audio Recording- Clip F (K075) | | | |
| 49g | 1/30/2018 | January 30, 2018 Audio Recording- Clip G (K076) | | | |
| 50 | 2/2/2018 3:10 pm | February 2, 2018 Audio Recording and Transcript | USA-00000142 | | |
| 50a | 2/2/2018 | February 2, 2018 Audio Recording- Clip A (K035) | | | |
| 50b | 2/2/2018 | February 2, 2018 Audio Recording- Clip B (K036) | | | |
| 50c | 2/2/2018 | February 2, 2018 Audio Recording- Clip C (K037) | | | |
| 50d | 2/2/2018 | February 2, 2018 Audio Recording- Clip D (K038) | | | |
| 51 | 2/2/2018 3:40 pm | February 2, 2018 Audio Recording and Transcript | USA-00000146 | | |
| 51a | 2/2/2018 | February 2, 2018 Audio Recording- Clip A (K077) | | | |
| 52 | 2/5/2018 8:13 pm | February 5, 2018 Audio Recording and Transcript | USA-00000148 | | |
| 52a | 2/5/2018 | February 5, 2018 Audio Recording- Clip A (K039) | | | |
| 52b | 2/5/2018 | February 5, 2018 Audio Recording- Clip B (K040) | | | |
| 52c | 2/5/2018 | February 5, 2018 Audio Recording- Clip C (K041) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 53 | 2/9/2018 8:48 pm | February 9, 2018 Audio Recording and Transcript | USA-00000153 | | |
| 53a | 2/9/2018 | February 9, 2018 Audio Recording- Clip A (K078) | | | |
| 53b | 2/9/2018 | February 9, 2018 Audio Recording- Clip B (K079) | | | |
| 54 | 2/14/2018 | February 14, 2018 Video Recording and Transcript | | | |
| 54a | 2/14/2018 | February 14, 2018 Video Recording- Clip A (K101) | | | |
| 54b | 2/14/2018 | February 14, 2018 Video Recording- Clip B (K102) | | | |
| 54c | 2/14/2018 | February 14, 2018 Video Recording- Clip C (K103) | | | |
| 54d | 2/14/2018 | February 14, 2018 Video Recording- Clip D (K104) | | | |
| 54e | 2/14/2018 | February 14, 2018 Video Recording- Clip E (K105) | | | |
| 54f | 2/14/2018 | February 14, 2018 Video Recording- Clip F (K106) | | | |
| 54g | 2/14/2018 | February 14, 2018 Video Recording- Clip G (K107) | | | |
| 54h | 2/14/2018 | February 14, 2018 Video Recording- Clip H (K108) | | | |
| 54i | 2/14/2018 | February 14, 2018 Video Recording- Clip I (K109) | | | |
| 54j | 2/14/2018 | February 14, 2018 Video Recording- Clip J (K110) | | | |
| 54k | 2/14/2018 | February 14, 2018 Video Recording- Clip K (K111) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| **54l** | 2/14/2018 | February 14, 2018 Video Recording- Clip L (K112) | | | |
| **54m** | 2/14/2018 | February 14, 2018 Video Recording- Clip M (K113) | | | |
| **54n** | 2/14/2018 | February 14, 2018 Video Recording- Clip N (K114) | | | |
| **54o** | 2/14/2018 | February 14, 2018 Video Recording- Clip O (K115) | | | |
| **54p** | 2/14/2018 | February 14, 2018 Video Recording- Clip P (K116) | | | |
| **54q** | 2/14/2018 | February 14, 2018 Video Recording- Clip Q (K117) | | | |
| **54r** | 2/14/2018 | February 14, 2018 Video Recording- Clip R (K118) | | | |
| **54s** | 2/14/2018 | February 14, 2018 Video Recording- Clip S (K119) | | | |
| **54t** | 2/14/2018 | February 14, 2018 Video Recording- Clip T (K120) | | | |
| **54u** | 2/14/2018 | February 14, 2018 Video Recording- Clip U (K121) | | | |
| **54v** | 2/14/2018 | February 14, 2018 Video Recording- Clip V (K122) | | | |
| **54w** | 2/14/2018 | February 14, 2018 Video Recording- Clip W (K123) | | | |
| **54x** | 2/14/2018 | February 14, 2018 Video Recording- Clip X (K124) | | | |
| **54y** | 2/14/2018 | February 14, 2018 Video Recording- Clip Y (K125) | | | |
| **54z** | 2/14/2018 | February 14, 2018 Video Recording- Clip Z (K126) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|---------------|----------|
| **54aa** | 2/14/2018 | February 14, 2018 Video Recording- Clip AA (K127) | | | |
| **54bb** | 2/14/2018 | February 14, 2018 Video Recording- Clip BB (K128) | | | |
| **54cc** | 2/14/2018 | February 14, 2018 Video Recording- Clip CC (K129) | | | |
| **54dd** | 2/14/2018 | February 14, 2018 Video Recording- Clip DD (K130) | | | |
| **54ee** | 2/14/2018 | February 14, 2018 Video Recording- Clip EE (K131) | | | |
| **54ff** | 2/14/2018 | February 14, 2018 Video Recording- Clip FF (K132) | | | |
| **54gg** | 2/14/2018 | February 14, 2018 Video Recording- Clip GG (K133) | | | |
| **54hh** | 2/14/2018 | February 14, 2018 Video Recording- Clip HH (K134) | | | |
| **54ii** | 2/14/2018 | February 14, 2018 Video Recording- Clip II (K135) | | | |
| **54jj** | 2/14/2018 | February 14, 2018 Video Recording- Clip JJ (K136) | | | |
| **54kk** | 2/14/2018 | February 14, 2018 Video Recording- Clip KK (K137) | | | |
| **54ll** | 2/14/2018 | February 14, 2018 Video Recording- Clip LL (K138) | | | |
| **54mm** | 2/14/2018 | February 14, 2018 Video Recording- Clip MM (K139) | | | |
| **55** | 2/15/2018 8:25 am | February 15, 2018 Audio Recording and Transcript | USA-00000157 | | |
| **55a** | 2/15/2018 | February 15, 2018 Audio Recording- Clip A (K080) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|-------------|----------|
| **55b** | 2/15/2018 | February 15, 2018 Audio Recording- Clip B (K081) | | | |
| **55c** | 2/15/2018 | February 15, 2018 Audio Recording- Clip C (K082) | | | |
| **56** | 2/24/2018 5:46 pm | February 24, 2018 Audio Recording and Transcript | USA-00000159 | | |
| **56a** | 2/24/2018 | February 24, 2018 Audio Recording- Clip A (K083) | | | |
| **56b** | 2/24/2018 | February 24, 2018 Audio Recording- Clip B (K084) | | | |
| **57** | 2/26/2018 8:46 pm | February 26, 2018 Audio Recording and Transcript | USA-00000165 | | |
| **57a** | 2/26/2018 | February 26, 2018 Audio Recording- Clip A (K042) | | | |
| **57b** | 2/26/2018 | February 26, 2018 Audio Recording- Clip B (K043) | | | |
| **57c** | 2/26/2018 | February 26, 2018 Audio Recording- Clip C (K044) | | | |
| **57d** | 2/26/2018 | February 26, 2018 Audio Recording- Clip D (K045) | | | |
| **57e** | 2/26/2018 | February 26, 2018 Audio Recording- Clip E (K046) | | | |
| **58** | 2/26/2018 | February 26, 2018 Video Recording and Transcript | | | |
| **58a** | 2/26/2018 | February 26, 2018 Video Recording- Clip A (K140) | | | |
| **58b** | 2/26/2018 | February 26, 2018 Video Recording- Clip B (K141) | | | |
| **58c** | 2/26/2018 | February 26, 2018 Video Recording- Clip C (K142) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|---------------|----------|
| **58d** | 2/26/2018 | February 26, 2018 Video Recording- Clip D (K143) | | | |
| **58e** | 2/26/2018 | February 26, 2018 Video Recording- Clip E (K144) | | | |
| **59** | 2/28/2018 4:33 pm | February 28, 2018 Audio Recording and Transcript | USA-00000170 | | |
| **59a** | 2/28/2018 | February 28, 2018 Audio Recording- Clip A (K047) | | | |
| **59b** | 2/28/2018 | February 28, 2018 Audio Recording- Clip B (K048) | | | |
| **60** | 3/5/2018 | March 5, 2018 Video Recording and Transcript | | | |
| **60a** | 3/5/2018 | March 5, 2018 Video Recording- Clip A (K222) | | | |
| **60b** | 3/5/2018 | March 5, 2018 Video Recording- Clip B (K223) | | | |
| **60c** | 3/5/2018 | March 5, 2018 Video Recording- Clip C (K224) | | | |
| **60d** | 3/5/2018 | March 5, 2018 Video Recording- Clip D (K225) | | | |
| **60e** | 3/5/2018 | March 5, 2018 Video Recording- Clip E (K226) | | | |
| **60f** | 3/5/2018 | March 5, 2018 Video Recording- Clip F (K227) | | | |
| **60g** | 3/5/2018 | March 5, 2018 Video Recording- Clip G (K228) | | | |
| **60h** | 3/5/2018 | March 5, 2018 Video Recording- Clip H (K229) | | | |
| **60i** | 3/5/2018 | March 5, 2018 Video Recording- Clip I (K230) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 60j | 3/5/2018 | March 5, 2018 Video Recording- Clip J (K231) | | | |
| 60k | 3/5/2018 | March 5, 2018 Video Recording- Clip K (K232) | | | |
| 60l | 3/5/2018 | March 5, 2018 Video Recording- Clip L (K233) | | | |
| 60m | 3/5/2018 | March 5, 2018 Video Recording- Clip M (K234) | | | |
| 60n | 3/5/2018 | March 5, 2018 Video Recording- Clip N (K235) | | | |
| 60o | 3/5/2018 | March 5, 2018 Video Recording- Clip O (K236) | | | |
| 60p | 3/5/2018 | March 5, 2018 Video Recording- Clip P (K237) | | | |
| 60q | 3/5/2018 | March 5, 2018 Video Recording- Clip Q (K238) | | | |
| 60r | 3/5/2018 | March 5, 2018 Video Recording- Clip R (K239) | | | |
| 61 | 3/5/2018 5:15 pm | March 5, Audio Recording and Transcript | USA-00000180 | | |
| 61a | 3/5/2018 | March 5, 2018 Audio Recording- Clip A (K049) | | | |
| 61b | 3/5/2018 | March 5, 2018 Audio Recording- Clip B (K050) | | | |
| 61c | 3/5/2018 | March 5, 2018 Audio Recording- Clip C (K051) | | | |
| 61d | 3/5/2018 | March 5, 2018 Audio Recording- Clip D (K052) | | | |
| 61e | 3/5/2018 | March 5, 2018 Audio Recording- Clip E (K053) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| **61f** | 3/5/2018 | March 5, 2018 Audio Recording- Clip F (K054) | | | |
| **61g** | 3/5/2018 | March 5, 2018 Audio Recording- Clip G (K055) | | | |
| **62** | 3/11/2018 3:48 pm | March 11, 2018 Audio Recording and Transcript | USA-00000213 | | |
| **62a** | 3/11/2018 | March 11, 2018 Audio Recording- Clip A (K085) | | | |
| **63** | 3/15/2018 | March 15, 2018 Video Recording and Transcript | | | |
| **63a** | 3/15/2018 | March 15, 2018 Video Recording- Clip A (K145) | | | |
| **63b** | 3/15/2018 | March 15, 2018 Video Recording- Clip B (K146) | | | |
| **64** | 3/21/2018 2:56 pm | March 21, 2018 Audio Recording and Transcript | USA-00000002 | | |
| **64a** | 3/21/2018 | March 21, 2018 Audio Recording – Clip A (K001) | | | |
| **65** | 3/27/2018 | March 27, 2018 Video Recording and Transcript | | | |
| **65a** | 3/27/2018 | March 27, 2018 Video Recording- Clip A (K147) | | | |
| **65b** | 3/27/2018 | March 27, 2018 Video Recording- Clip B (K148) | | | |
| **65c** | 3/27/2018 | March 27, 2018 Video Recording- Clip C (K149) | | | |
| **65d** | 3/27/2018 | March 27, 2018 Video Recording- Clip D (K150) | | | |
| **65e** | 3/27/2018 | March 27, 2018 Video Recording- Clip E (K151) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| **65f** | 3/27/2018 | March 27, 2018 Video Recording-Clip F (K152) | | | |
| **65g** | 3/27/2018 | March 27, 2018 Video Recording-Clip G (K153) | | | |
| **65h** | 3/27/2018 | March 27, 2018 Video Recording-Clip H (K154) | | | |
| **65i** | 3/27/2018 | March 27, 2018 Video Recording-Clip I (K155) | | | |
| **65j** | 3/27/2018 | March 27, 2018 Video Recording-Clip J (K156) | | | |
| **65k** | 3/27/2018 | March 27, 2018 Video Recording-Clip K (K157) | | | |
| **65l** | 3/27/2018 | March 27, 2018 Video Recording-Clip L (K158) | | | |
| **65m** | 3/27/2018 | March 27, 2018 Video Recording-Clip M (K159) | | | |
| **65n** | 3/27/2018 | March 27, 2018 Video Recording-Clip N (K160) | | | |
| **65o** | 3/27/2018 | March 27, 2018 Video Recording-Clip O (K161) | | | |
| **65p** | 3/27/2018 | March 27, 2018 Video Recording-Clip P (K162) | | | |
| **65q** | 3/27/2018 | March 27, 2018 Video Recording-Clip Q (K163) | | | |
| **65r** | 3/27/2018 | March 27, 2018 Video Recording-Clip R (K164) | | | |
| **65s** | 3/27/2018 | March 27, 2018 Video Recording-Clip S (K165) | | | |
| **66** | 3/28/2018 9:06 pm | March 28, 2018 Audio Recording and Transcript | USA-00000014 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|---------------|----------|
| 66a | 3/28/2018 | March 28, 2018 Audio Recording, Clip A (K002) | | | |
| 66b | 3/28/2018 | March 28, 2018 Audio Recording, Clip B (K003) | | | |
| 67 | 3/29/2018 8:57 pm | March 29, 2019 Audio Recording and Transcript | USA-00000016 | | |
| 67a | 03/29/2018 | March 29, 2018 Audio Recording-Clip A (K004) | | | |
| 67b | 3/29/2018 | March 29, 2018 Audio Recording-Clip B (K005) | | | |
| 68 | 4/3/2018 8:33 pm | April 3, Audio Recording and Transcript | USA-00000020 | | |
| 68a | 4/3/2018 | April 3, 2018 Audio Recording-Clip A (K006) | | | |
| 69 | 4/5/2018 7:21 pm | April 5, 2018 Audio Recording and Transcript | USA-00000027 | | |
| 69a | 4/5/2018 | April 5, 2018 Audio Recording-Clip A (K007) | | | |
| 69b | 4/5/2018 | April 5, 2018 Audio Recording-Clip B (K008) | | | |
| 70 | 4/7/2018 11:43 am | April 7, 2018 Audio Recording and Transcript | USA-00000031 | | |
| 70a | 4/7/2018 | April 7, 2018 Audio Recording-Clip A (K056) | | | |
| 71 | 4/10/2018 5:39 pm | April 10, 2018 Audio Recording and Transcript | USA-00000036 | | |
| 71a | 4/10/2018 | April 10, 2018 Audio Recording-Clip A (K009) | | | |
| 72 | 4/14/2018 4:42 pm | April 14, 2018 Audio Recording and Transcript | USA-00000040 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| **72a** | 4/14/2018 | April 14, 2018 Audio Recording-Clip A (K057) | | | |
| **72b** | 4/14/2018 | April 14, 2018 Audio Recording-Clip B (K058) | | | |
| **73** | 4/18/2018 8:21 am | April 18, 2018 Audio Recording and Transcript | USA-00000046 | | |
| **73a** | 4/18/2018 | April 18, 2018 Audio Recording-Clip A (K059) | | | |
| **74** | 4/19/2018 4:51 pm | April 19, 2018 Audio Recording and Transcript | USA-00000050 | | |
| **74a** | 4/19/2018 | April 19, 2018 Audio Recording-Clip A (K060) | | | |
| **75** | 4/19/2018 | April 19, 2018 Video Recording and Transcript | | | |
| **75a** | 4/19/2018 | April 19, 2018 Video Recording-Clip A (K166) | | | |
| **75b** | 4/19/2018 | April 19, 2018 Video Recording-Clip B (K167) | | | |
| **75c** | 4/19/2018 | April 19, 2018 Video Recording-Clip C (K168) | | | |
| **75d** | 4/19/2018 | April 19, 2018 Video Recording-Clip D (K169) | | | |
| **75e** | 4/19/2018 | April 19, 2018 Video Recording-Clip E (K170) | | | |
| **75f** | 4/19/2018 | April 19, 2018 Video Recording-Clip F (K171) | | | |
| **75g** | 4/19/2018 | April 19, 2018 Video Recording-Clip G (K172) | | | |
| **75h** | 4/19/2018 | April 19, 2018 Video Recording-Clip H (K173) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| **75i** | 4/19/2018 | April 19, 2018 Video Recording-Clip I (K174) | | | |
| **75j** | 4/19/2018 | April 19, 2018 Video Recording-Clip J (K175) | | | |
| **75k** | 4/19/2018 | April 19, 2018 Video Recording-Clip K (K176) | | | |
| **75l** | 4/19/2018 | April 19, 2018 Video Recording-Clip L (K177) | | | |
| **75m** | 4/19/2018 | April 19, 2018 Video Recording-Clip M (K178) | | | |
| **75n** | 4/19/2018 | April 19, 2018 Video Recording-Clip N (K179) | | | |
| **75o** | 4/19/2018 | April 19, 2018 Video Recording-Clip O (K180) | | | |
| **75p** | 4/19/2018 | April 19, 2018 Video Recording-Clip P (K181) | | | |
| **75q** | 4/19/2018 | April 19, 2018 Video Recording-Clip Q (K182) | | | |
| **75r** | 4/19/2018 | April 19, 2018 Video Recording-Clip R (K183) | | | |
| **75s** | 4/19/2018 | April 19, 2018 Video Recording-Clip S (K184) | | | |
| **75t** | 4/19/2018 | April 19, 2018 Video Recording-Clip T (K185) | | | |
| **76** | 4/25/2018 8:50 pm | April 25, 2018 Audio Recording and Transcript | USA-00000059 | | |
| **76a** | 4/25/2018 | April 25, 2018 Audio Recording-Clip A (K061) | | | |
| **76b** | 4/25/2018 | April 25, 2018 Audio Recording-Clip B (K062) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|-------------|----------|
| 77 | 4/26/2018 7:45 pm | April 26, 2018 Audio Recording and Transcript | USA-00000061 | | |
| 77a | 04/26/2018 | April 26, 2018 Audio Recording-Clip A (K063) | | | |
| 78 | 4/30/2018 1:43 pm | April 30, 2018 Audio Recording and Transcript | USA-00000065 | | |
| 78a | 4/30/2018 | April 30, 2018 Audio Recording-Clip A (K064) | | | |
| 79 | 5/1/2018 5:04 pm | May 1, 2018 Audio Recording and Transcript | USA-00000067 | | |
| 79a | 5/1/2018 | May 1, 2018 Audio Recording-Clip A (K065) | | | |
| 80 | 5/1/2018 6:31 pm | May 1, 2018 Audio Recording and Transcript | USA-00000072 | | |
| 80a | 5/1/2018 | May 1, 2018 Audio Recording-Clip A (K066) | | | |
| 80b | 5/1/2018 | May 1, 2018 Audio Recording-Clip B (K067) | | | |
| 81 | 5/2/2018 4:14 pm | May 2, 2018 Audio Recording and Transcript | USA-00000074 | | |
| 81a | 5/2/2018 | May 2, 2018 Audio Recording-Clip A (K010) | | | |
| 81b | 5/2/2018 | May 2, 2018 Audio Recording-Clip B (K011) | | | |
| 81c | 5/2/2018 | May 2, 2018 Audio Recording-Clip C (K012) | | | |
| 81d | 5/2/2018 | May 2, 2018 Audio Recording-Clip D (K013) | | | |
| 82 | 5/2/2018 8:23pm | May 2, 2018 Audio Recording and Transcript | USA-00000078 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 82a | 5/2/2018 | May 2, 2018 Audio Recording-Clip A (K014) | | | |
| 83 | 5/2/2018 | May 2, 2018 Video Recording and Transcript | | | |
| 83a | 5/2/2018 | May 2, 2018 Video Recording-Clip A (K204) | | | |
| 83b | 5/2/2018 | May 2, 2018 Video Recording-Clip B (K205) | | | |
| 84 | 5/16/2018 5:17 pm | May 16, 2018 Audio Recording and Transcript | USA-00000088 | | |
| 84a | 5/16/2018 | May 16, 2018 Audio Recording-Clip A (K015) | | | |
| 84b | 5/16/2018 | May 16, 2018 Audio Recording-Clip B (K016) | | | |
| 85 | 5/16/2018 | May 16, 2018 Video Recording and Transcript | | | |
| 85a | 5/16/2018 | May 16, 2018 Video Recording-Clip A (K186) | | | |
| 85b | 5/16/2018 | May 16, 2018 Video Recording-Clip B (K187) | | | |
| 85c | 5/16/2018 | May 16, 2018 Video Recording-Clip C (K188) | | | |
| 85d | 5/16/2018 | May 16, 2018 Video Recording-Clip D (K189) | | | |
| 85e | 5/16/2018 | May 16, 2018 Video Recording-Clip E (K190) | | | |
| 85f | 5/16/2018 | May 16, 2018 Video Recording-Clip F (K191) | | | |
| 85g | 5/16/2018 | May 16, 2018 Video Recording-Clip G (K192) | | | |

Case 5:19-cr-00022-MOC-DSC   Document 185   Filed 02/25/20   Page 23 of 31

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|---------------|----------|
| **85h** | 5/16/2018 | May 16, 2018 Video Recording-Clip H (K193) | | | |
| **85i** | 5/16/2018 | May 16, 2018 Video Recording-Clip I (K194) | | | |
| **86** | 5/21/2018 6:09 pm | May 21, 2018 Audio Recording and Transcript | USA-00000092 | | |
| **86a** | 5/21/2018 | May 21, 2018 Audio Recording-Clip A (K017) | | | |
| **86b** | 5/21/2018 | May 21, 2018 Audio Recording-Clip B (K018) | | | |
| **87** | 5/21/2018 7:14 pm | May 21, 2018 Audio Recording and Transcript | USA-00000095 | | |
| **87a** | 5/21/2018 | May 21, 2018 Audio Recording-Clip A (K019) | | | |
| **87b** | 5/21/2018 | May 21, 2018 Audio Recording-Clip B (K020) | | | |
| **87c** | 5/21/2018 | May 21, 2018 Audio Recording-Clip C (K021) | | | |
| **87d** | 5/21/2018 | May 21, 2018 Audio Recording-Clip D (K022) | | | |
| **88** | 5/29/2018 | May 29, 2018 Video Recording and Transcript | | | |
| **88a** | 5/29/2018 | May 29, 2018 Video Recording-Clip A (K195) | | | |
| **88b** | 5/29/2018 | May 29, 2018 Video Recording-Clip B (K196) | | | |
| **88c** | 5/29/2018 | May 29, 2018 Video Recording-Clip C (K197) | | | |
| **88d** | 5/29/2018 | May 29, 2018 Video Recording-Clip D (K198) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|---------------|----------|
| **88e** | 5/29/2018 | May 29, 2018 Video Recording- Clip E (K199) | | | |
| **88f** | 5/29/2018 | May 29, 2018 Video Recording- Clip F (K200) | | | |
| **88g** | 5/29/2018 | May 29, 2018 Video Recording- Clip G (K201) | | | |
| **88h** | 5/29/2018 | May 29, 2018 Video Recording- Clip H (K202) | | | |
| **88i** | 5/29/2018 | May 29, 2018 Video Recording- Clip I (K203) | | | |
| **89** | 6/19/2018 11:16 am | June 19, 2018 Audio Recording and Transcript | USA-00000111 | | |
| **89a** | 6/19/2018 | June 19, 2018 Audio Recording- Clip A (K023) | | | |
| **89b** | 6/19/2018 | June 19, 2018 Audio Recording- Clip B (K024) | | | |
| **90** | 7/9/2018 7:55 pm | July 9, 2018 Audio Recording and Transcript | USA-00000113 | | |
| **90a** | 7/9/2018 | July 9, 2018 Audio Recording- Clip A (K025) | | | |
| **90b** | 7/9/2018 | July 9, 2018 Audio Recording- Clip B (K026) | | | |
| **90c** | 7/9/2018 | July 9, 2018 Audio Recording- Clip C (K027) | | | |
| **91** | 7/25/2018 | July 25, 2018 Video Recording and Transcript | | | |
| **91a** | 7/25/2018 | July 25, 2018 Video Recording- Clip A (K206) | | | |
| **91b** | 7/25/2018 | July 25, 2018 Video Recording- Clip B (K207) | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 91c | 7/25/2018 | July 25, 2018 Video Recording-Clip C (K208) | | | |
| 91d | 7/25/2018 | July 25, 2018 Video Recording-Clip D (K209) | | | |
| 91e | 7/25/2018 | July 25, 2018 Video Recording-Clip E (K210) | | | |
| 91f | 7/25/2018 | July 25, 2018 Video Recording-Clip F (K211) | | | |
| 91g | 7/25/2018 | July 25, 2018 Video Recording-Clip G (K212) | | | |
| 91h | 7/25/2018 | July 25, 2018 Video Recording-Clip H (K213) | | | |
| 91i | 7/25/2018 | July 25, 2018 Video Recording-Clip I (K214) | | | |
| 91j | 7/25/2018 | July 25, 2018 Video Recording-Clip J (K215) | | | |
| 91k | 7/25/2018 | July 25, 2018 Video Recording-Clip K (K216) | | | |
| 91l | 7/25/2018 | July 25, 2018 Video Recording-Clip L (K217) | | | |
| 91m | 7/25/2018 | July 25, 2018 Video Recording-Clip M (K218) | | | |
| 91n | 7/25/2018 | July 25, 2018 Video Recording-Clip N (K219) | | | |
| 91o | 7/25/2018 | July 25, 2018 Video Recording-Clip O (K220) | | | |
| 91p | 7/25/2018 | July 25, 2018 Video Recording-Clip P (K221) | | | |
| 92 | 8/2/2018 11:09 am | August 2, 2018 Audio Recording and Transcript | USA-00000117 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 92a | 8/2/2018 | August 2, 2018 Audio Recording-Clip A (K028) | | | |
| 92b | 8/2/2018 | August 2, 2018 Audio Recording-Clip B (K029) | | | |
| 93 | | Lou Hensley's text message exchanges with Brian Stewart | USA-00091905-92071 | | |
| 94 | | Lou Hensley's text message exchanges with Rod Perkins | USA-00091330-91356 | | |
| 95 | | Lou Hensley's text message exchanges with Greg Lindberg | USA-00091857-91904 | | |
| 96 | 11/19/2017 | Email from L. Hensley to T. Edwards | N/A | | |
| 97 | 12/18/2017 | Email from G. Lindberg to R. Martinez | USA-01038523-526 | | |
| 98 | 1/9/2018 | Email from B. Stewart to S. Wicker | N/A | | |
| 99 | 2/5/2018 | Email from S. Wicker to B. Stewart | N/A | | |
| 100 | 2015-2016 | Department of Insurance Briefing Materials | USA-00297410-525 | | |
| 101 | 8/8/2018 | Email from G. Lindberg to B. Stewart | USA-00197016 | | |
| 102 | 5/31/2017 | Email from L. Belo to H. Kaplan | USA-01044582-586 | | |
| 103 | 1/4/2018 | Email from M. Causey to M. Scherger | USA-00214327-28 | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 104 | 2/17/2018 | Email from M. Causey to M. Scherger | USA-00214299-300 | | |
| 105 | 3/27/2018 | Email from M. Causey to M. Scherger | USA-00214486 | | |
| 106 | 4/4/2018 | Email from M. Causey to M. Scherger | USA-00214712-13 | | |
| 107 | 4/7/2018 | Email from M. Causey to M. Scherger | USA-00214826-27 | | |
| 108 | 4/30/2018 | Email from M. Causey to M. Scherger | USA-00214680-89 | | |
| 109 | 5/2/2018 | Email from M. Causey to M. Scherger | USA-00214706 | | |
| 110 | 6/2/2018 | Email from M. Causey to M. Scherger | USA-00214489 | | |
| 111 | 6/3/2018 | Email from M. Causey to M. Scherger | USA-00214501 | | |
| 112 | 7/1/2018 | Email from M. Causey to M. Scherger | USA-00214441 | | |
| 113 | | North Carolina General Statute § 58-2-132 | | | |
| 114 | 9/15/2016 | Video: Mike Causey, NC Commissioner of Insurance, available at https://www.youtube.com/watch?v=MEUAKd5rLWc | | | |
| 115 | | Handwritten exhibit | | | |
| 116 | | Slide 3 | | | |
| 117 | | Wall Street Journal Article | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---|---|---|---|---|---|
| 118 | | Audio and Video Recording Index | | | |
| 119 | | Slide 7 | | | |
| 120 | | Slide 9 | | | |
| 121 | | Slide 14 | | | |
| 122 | | | | | |
| 123 | | | | | |
| 124 | | | | | |
| 125 | | | | | |
| 126 | | | | | |
| 127 | | | | | |
| 128 | | | | | |
| 129 | | | | | |
| 130 | | | | | |
| 131 | | | | | |
| 132 | | | | | |
| 133 | | | | | |
| 134 | | | | | |
| 135 | | | | | |
| 136 | | | | | |
| 137 | | | | | |
| 138 | | | | | |
| 139 | | | | | |
| 140 | | | | | |

| Ex. No. | Document Date | Description | Bates Number | Identified By | Admitted |
|---------|---------------|-------------|--------------|-------------|----------|
| 141 | | | | | |
| 142 | | | | | |

Respectfully submitted this 25th day of February, 2020.

s/ Brandon N. McCarthy
Brandon N. McCarthy (admitted *pro hac vice*)
Texas Bar No. 24027486
KATTEN MUCHIN ROSENMAN LLP
1717 Main Street, Suite 3750
Dallas, TX 75201
214-765-3600
brandon.mccarthy@katten.com

Jeffrey C. Grady
N.C. State Bar No. 32695
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street
Suite 2900
Charlotte, NC 28202-4213
704-444-2036
jeff.grady@katten.com

*Counsel for Defendant Greg Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, the foregoing document was e-filed via CM/ECF which will send notification to counsel of record.

Dated: February 25, 2020

Respectfully submitted,

/s/ Brandon McCarthy
Brandon McCarthy (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1717 Main Street, Suite 3750
Dallas, TX 75201
214-765-3600
brandon.mccarthy@katten.com

*Counsel for Defendant Greg Lindberg*