UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DOCKET NO. 5:19-CR-022-MOC |
| ) | |
| v. ) | |
| ) | **PROPOSED VERDICT FORM** |
| (1) GREG E. LINDBERG, ) | |
| (2) JOHN D. GRAY, and ) | |
| (3) JOHN V. PALERMO, JR. ) | |
| ) | |

We, the jury, return the following unanimous Verdict as to the charges contained in the Bill of Indictment:

**As to Count One, we, the jury, find:**

Defendant Greg E. Lindberg:

    **GUILTY:** ✓      **NOT GUILTY:** _____

Defendant John D. Gray:

    **GUILTY:** ✓      **NOT GUILTY:** _____

Defendant John V. Palmero, Jr.:

    **GUILTY:** _____      **NOT GUILTY:** ✓

**As to Count Two, we, the jury, find:**

Defendant Greg E. Lindberg:

    **GUILTY:** ✓      **NOT GUILTY:** _____

Defendant John D. Gray:

    **GUILTY:** ✓      **NOT GUILTY:** _____

Defendant John V. Palmero, Jr.:

    **GUILTY:** _____      **NOT GUILTY:** ✓

So say we all, this the 5 day of March, 2020.

Signed: