IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-CR-00022-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GREG E. LINDBERG, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant Greg E. Lindberg's "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Jorge A. Solis and Robert T. Smith]" (documents #242 and #243) filed on August 10, 2020. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED.**

Signed: August 10, 2020

David S. Cayer
United States Magistrate Judge