UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cr-22-MOC-DSC

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER SETTING CONDITIONS OF RELEASE** |
| Greg E. Lindberg, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant Greg Lindberg's ("Defendant") Motion for Release Pending Further Proceedings and to Modify Conditions of Release. (#323).

On March 18, 2019, Defendant was indicted on charges of conspiracy to commit honest services fraud under 18 U.S.C. §§ 1343, 1346, and 1349, and federal funds bribery under 18 U.S.C. § 666(a)(2).

On April 2, 2019, a U.S. magistrate judge entered an Order setting the conditions for Defendant's release on unsecured bond. (#16). Defendant was ordered released on an unsecured bond of $100,000.00, and conditions which included that he surrender his passport and submit to electronic monitoring.

Following a jury trial, on March 5, 2020, Defendant was convicted on both charges. The Court allowed Defendant to remain out on bond following his conviction.

On August 19, 2020, Defendant was sentenced to a term of imprisonment of eighty-seven (87) months. Defendant was allowed to remain out on bond following sentencing and to self-report to prison following designation by the Bureau of Prisons.

1

Defendant complied with all conditions of his release while out on bond.

Defendant appealed his conviction to the United States Court of Appeals for the Fourth Circuit. On June 29, 2022, the Fourth Circuit entered an opinion vacating Defendant's convictions and remanding the case for a new trial.

The Fourth Circuit issued its formal mandate on July 6, 2022.

Thereafter, on July 6, 2022, Defendant moved the Court for Release Pending Further Proceedings and to Modify the Conditions of his Release.

The Court is informed that the United States does not object to the release of Defendant pursuant to the original terms of bond that are set forth in the April 2, 2019, Order Setting Conditions of Release, including the condition of electronic monitoring. Although Defendant requested in his July 6, 2022, Motion for Release Pending Further Proceedings and to Modify the Conditions of his Release that the condition of electronic monitoring be removed, the Court is informed that Defendant has withdrawn his request at this time for the removal of electronic monitoring and that the parties agree Defendant should be released pursuant to the original bond terms previously entered in this case.

As noted, Defendant previously complied with all conditions of his release. The Court concludes that Defendant does not pose a danger to the community and that the conditions of release previously entered will sufficiently assure Defendant's appearance in connection with any further proceedings in this matter.

It is therefore **ORDERED** that Defendant shall be immediately released from imprisonment by the Bureau of Prisons pursuant to the conditions of bond that were previously set in this matter and which are contained in the attached April 2, 2019, Order Setting Conditions of

Release. The April 2, 2019, Order is incorporated herein by reference, and the terms of release set forth in that Order are hereby reinstated.

Defendant shall report to the United States Probation Office for the Western District of North Carolina within 48 hours of his release from imprisonment for the purpose of having electronic monitoring implemented.

It is further **ORDERED** that the Clerk's Office is directed to serve a copy of this Order on the U.S Marshals Service, the Bureau of Prisons, and the United States Probation Office.

Signed: July 14, 2022

Max O. Cogburn Jr.
United States District Judge

3

Case 5:19-cr-00022-MOC-DSC   Document 334   Filed 07/14/22   Page 3 of 3