UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-CR-00022-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **SCHEDULING ORDER** |
| ) | |
| (1) GREG E. LINDBERG ) | |
| (2) JOHN D. GRAY ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's unopposed Motion for a Scheduling Order (#378) in the retrial of this matter currently set for May 6, 2024. Having considered Government's motion and reviewed the pleadings, the Court, finding good cause for granting the relief requested, enters the following Order:

**ORDER**

**IT IS THEREFORE ORDERED** that Government's unopposed Motion for a Scheduling Order (#378) is **GRANTED**. **IT IS FURTHER ORDERED** that the following **SCHEDULING ORDER** be entered:

1. Pretrial motions, excluding any motions in limine, shall be due by **March 25, 2024**. The Government's response shall be due no later than fourteen (14) days after the filing of the Defense motion to which the Government responds; defense replies shall be filed no later than seven (7) days after the filing of the applicable Government responses.

2. Motions in limine and trial briefs shall be filed no later than **April 15, 2024**.

3. All exhibits shall be marked in advance of trial and a list of proposed exhibits shall be submitted directly to chambers by each party no later than **April 29, 2024**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1

4. Witness lists, proposed voir dire, proposed jury instructions, and a proposed verdict form (submitted directly to chambers) shall be due no later than **April 29, 2024**.

*Max O. Cogburn Jr.*
United States District Judge

Signed: November 30, 2023