UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-CR-00022-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREG E. LINDBERG** | ) | |
| **JOHN D. GRAY** | ) | |
| **JOHN V. PALERMO JR** | | |
| **ROBERT CANNON HAYES,** | | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant Lindberg's Unopposed Motion for Extension of Time to File Objections to PSR. (Doc. No. 458). Finding good cause for an extension, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant Lindberg's Unopposed Motion for Extension of Time to File Objections to PSR (Doc. No. 458) is **GRANTED**, and Defendant shall have up to and including July 31, 2024, to file objections.

Signed: July 17, 2024



Max O. Cogburn Jr
United States District Judge

1