UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NOS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:23-cr-48-MOC-DCK |
| v. | ) | 5:19-cr-22-MOC-DCK |
| | ) | |
| GREG E. LINDBERG | ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 6.1, Defendant Greg E. Lindberg, by and through undersigned counsel, respectfully moves the Court for leave to file under seal his Motion to Continue (Dkt. No. 32 in Case No. 3:23-cr-48 and Dkt. No. 478 in Case No. 5:19-cr-22). In support of this Motion, Defendant states as follows:

1. Mr. Lindberg is moving to continue the bond revocation hearing scheduled on October 1, 2024 at 10:00 a.m.

2. The bond revocation hearing is based on Violation Reports prepared by the Probation Office that have been filed with the Court under seal.

3. Mr. Lindberg's Motion to Continue contains a discussion of the information contained in the Probation Office's sealed Reports.

4. Because Mr. Lindberg's Motion to Continue discusses information in sealed reports, Mr. Lindberg respectfully requests that the Court enter an Order allowing Mr. Lindberg to file his Motion to Continue under seal.

5. The United States does not object to the granting of this Motion.

6. Mr. Lindberg is contemporaneously submitting a proposed Order to the Court.

1

Based on the foregoing, Mr. Lindberg respectfully requests that the Court issue an Order permitting Mr. Lindberg to file his Motion to Continue under seal.

This the 25th day of September, 2024.

Respectfully Submitted,

/s/ James F. Wyatt, III
James F. Wyatt, III
NC State Bar No.: 13766
Robert A. Blake, Jr.
NC State Bar No.: 20858

**WYATT & BLAKE, LLP**
402 W. Trade Street, Suite 101
Charlotte, North Carolina 28202
Telephone: (704) 331-0767
Facsimile: (704) 331-0773
jwyatt@wyattlaw.net
rblake@wyattlaw.net

Robert T. Smith
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
202-624-3500
Robert.smith1@katten.com
Admitted *Pro Hac Vice*

Brandon N. McCarthy
brandon.mccarthy@katten.com
Admitted *Pro Hac Vice*

Ryan J. Meyer
ryan.meter@katten.com
Admitted *Pro Hac Vice*

**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3680
Facsimile: (214) 765-3200

*Attorneys for Defendant Greg E. Lindberg*

# ARTIFICIAL INTELLIGENCE CERTIFICATION

Pursuant to the Court's June 18, 2024 Standing Order, which was published to the Bar of the Western District of North Carolina on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 25th day of September, 2024.

/s/ James F. Wyatt, III