# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG E. LINDBERG,<br><br>        *Defendant*. | No. 5:19-CR-22-MOC<br><br>No. 3:23-CR-48-MOC |

## <u>CHARACTER LETTERS SUBMITTED ON BEHALF OF DEFENDANT GREG E. LINDBERG</u>

Defendant Greg E. Lindberg, through undersigned counsel, respectfully submits the attached character letters as a supplement to his Sentencing Memorandum (Case No. 5:19-CR-22, Dkt. Entry No. 507; Case No. 3:23-CR-48, Dkt. Entry No. 145) and in connection with the sentencing hearing scheduled in his case on May 26, 2026. The letters are attached as Exhibits 1 to 3.

This the 21st day of May, 2026.

Respectfully submitted,

Robert T. Smith (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
202-625-3500
robert.smith1@katten.com

/s/ James F. Wyatt, III
James F. Wyatt, III
  (NC State Bar No. 13766)
Robert A. Blake, Jr.
  (NC State Bar No. 20858)
WYATT & BLAKE, LLP
402 W. Trade Street, Suite 101
Charlotte, NC 28202
704-331-0767
jwyatt@wyattlaw.net
rblake@wyattlaw.net

Brandon N. McCarthy (*pro hac vice*)
Rachel M. Riley (*pro hac vice*)
Ryan J. Meyer (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP

1

2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
214-765-3600
brandon.mccarthy@katten.com
rachel.riley@katten.com
ryan.meyer@katten.com

*Counsel for Greg E. Lindberg*

**<u>ARTIFICAL INTELLIGENCE CERTIFICATION</u>**

Pursuant to the Court's June 18, 2024 Standing Order, which was published to the Bar of

the Western District of North Carolina on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 21st day of May, 2026.

<u>/s/ James F. Wyatt, III</u>
James F. Wyatt, III
 (NC State Bar No. 13766)
WYATT & BLAKE, LLP
402 W. Trade Street, Suite 101
Charlotte, NC 28202
704-331-0767
jwyatt@wyattlaw.net

*Counsel for Greg E. Lindberg*